IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

RANDALL BROWNLOW,           )
                            )
        Plaintiff,          )
                            )    CIVIL ACTION NO.
                            )
v.                          )
                            )    4:17-cv-0008-HLM-WEJ
COOSA COUNTRY CLUB          )
CORPORATION,                )
                            )
        Defendant.          )

## ORDER

Upon review of the parties' Joint Motion for Approval of Settlement, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The parties' Joint Motion is therefore **GRANTED** and the parties' settlement agreement [Doc. 10-1] is **APPROVED**.

It is therefore **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs, except as otherwise agreed in writing. It is hereby further

**ORDERED** that the Court shall retain jurisdiction over the parties' settlement agreement, their compliance with the settlement agreement's terms, and their compliance with this Order.

The Court hereby **DIRECTS** the Clerk to close this case.

**IT IS SO ORDERED** this _25_ day of _april_____, 2017.

_____
HAROLD L. MURPHY
United States District Judge